GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
By: PETER ARONOFF
Assistant U.S. Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2697
Fax: (212) 637-2717
Email: peter.aronoff@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH FREED WESSLER,<br><br>                              Plaintiff,<br><br>- versus –<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES MARSHALS SERVICE,<br><br>                              Defendants. | No. 17 Civ. 976 (SHS) |

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion for Partial Summary Judgment, as well as the Declaration of Katherine Day, defendant United States Department of Justice, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, hereby moves this Court for an order pursuant to Federal Rule of Civil Procedure 56(a) entering partial summary judgment in favor of the defendant.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's scheduling orders, Dkt. Nos. 36, 37, opposition papers, if any, must be served upon the United States Attorney's

Office, Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York, 10007, no later than July 27, 2018.

Dated:    July 6, 2018                                   Respectfully submitted,
               New York, New York

                                                          GEOFFREY S. BERMAN
                                                        United States Attorney

                                     By:    */s/ Peter Aronoff*
                                                        PETER ARONOFF
                                                        Assistant United States Attorney
                                                        86 Chambers Street, Third Floor
                                                        New York, New York 10007
                                                        Tel.: (212) 637-2697
                                                        Fax: (212) 637-2686
                                                        peter.aronoff@usdoj.gov


To:     J. David Pollock, counsel for plaintiff (by ECF)