UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SETH WESSLER,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES MARSHALS SERVICE,

    Defendants.

No. 1:17-CV-976 (SHS)

## NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and Declaration of Seth Freed Wessler, Plaintiff, through his undersigned counsel, moves before the Honorable Sidney H. Stein, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure for partial summary judgment in favor of the Plaintiff.

Dated: August 3, 2018
       Newark, New Jersey

Respectfully submitted,

/s/ J. David Pollock

J. David Pollock
Lawrence S. Lustberg
GIBBONS P.C.
One Gateway Center
Newark, NJ 07102
Phone: 973-596-4500
Fax: 973-639-6285
*Counsel for Plaintiff Seth Wessler*