UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SETH FREED WESSLER,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE and UNITED STATES MARSHALS SERVICE,<br><br>Defendants. | *Document Electronically Filed*<br><br>Case No. 17-cv-00976 (SHS)<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, **JESSICA L. HUNTER**, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff Seth Freed Wessler in the above-captioned action.

I am in good standing of the bars of the states of New Jersey and Pennsylvania, as well as the United States District Courts for the Middle District of Pennsylvania and the District of New Jersey and the United States Court of Appeals for the Third Circuit, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I attach hereto the required affidavit and certificates of good standing from the State of New Jersey and the Commonwealth of Pennsylvania.

Dated: March 27, 2019

Respectfully submitted,

*/s/ Jessica L. Hunter*

Applicant's Name: Jessica L. Hunter
Firm Name: Gibbons P.C.
Address: One Gateway Center
City / State / Zip: Newark, New Jersey 07102
Telephone / Fax: (973) 596-5759 / (973) 639-6260
E-mail: jhunter@gibbonslaw.com